**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **SANDRA GERMAN** *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-13-3709 |
| **DUNBAR ARMORED, INC.**, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM**

The Court has reviewed the parties' joint motion to approve their settlement agreement (ECF No. 19) settling Plaintiffs' claims under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and the Maryland Wage and Hour Law ("MWHL"), Md. Code Ann., Lab. & Empl. §§ 3-401—3-431 (LexisNexis 2008 & Supp. 2013). The Court finds that the settlement is fair and reasonable and, with one small exception, is appropriate as to its form. The agreement includes a confidentiality provision, Settlement Agreement ¶ 5 (ECF No. 19-2), that is not permitted without compelling reasons in this type of case. *See Carpenter v. Colonial Mgmt. Group*, Civ. No. JKB-12-686, 2012 WL 2992490, at \*2 (D. Md. Jul. 19, 2012). However, since the Settlement Agreement is filed as a matter of public record, the provision is of no practical effect. A separate order will issue.

DATED this 2nd day of July, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge